**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00512-CR

_____

## CODIE ADOLPHUS GAMBOA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1389108**

## MEMORANDUM OPINION

On July 11, 2014, appellant, Codie Adolphus Gamboa, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a). Accordingly, we grant the motion and dismiss this appeal.

On July 17, 2014, appellant subsequently filed a motion requesting that we expedite consideration of this matter so that appellant can be released from custody and begin serving his probation sentence. Although not specifically mentioned in appellant's motion, we consider the motion as a request to expedite issuance of the mandate in this appeal. Because the motion to expedite demonstrates good cause to expedite issuance of the mandate, we grant the motion and the clerk of this Court is directed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).